JOINT SCHOOL DISTRICT No. 1 OF VILLAGE OF UNITY and others, Appellants, vs. THUSS and others, Respondents.*

*April 10—May 6, 1958.*

For the appellants there were briefs by *Bogue & Sanderson* of Portage, and oral argument by *T. J. Sanderson.*

For the respondents there was a brief by *Brazeau & Brazeau,* and oral argument by *Theo. W. Brazeau* and by *John A. Cole,* all of Wisconsin Rapids.

PER CURIAM: The court, HALLOWS, J., not participating, is evenly divided upon the question of affirmance or reversal. That results in an automatic affirmance of the judgment of the trial court.

Judgment affirmed.

---

\* Motion for rehearing denied, with $25 costs, on June 26, 1958.